USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1813 ANTHONY JACKSON, Plaintiff, Appellant, v. ANN COWELL, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Patti B. Saris, U.S. District Judge] ___________________ ____________________ Before Selya, Boudin and Lynch, Circuit Judges. ______________ ____________________ Anthony Jackson on brief pro se. _______________ Nancy Ankers White, Special Assistant Attorney General, and ____________________ Richard C. McFarland, Senior Litigation Attorney, Department of ______________________ Correction, on brief for appellees. ____________________ January 31, 1997 ____________________ Per Curiam. Plaintiff brought a civil action ___________ under 42 U.S.C. 1983, alleging that he was transferred to Old Colony Correctional Center ("OCCC") in retaliation for his litigation activities, and that prison officials at OCCC interfered in various ways with his access to the courts. Following substantial discovery, the magistrate recommended granting defendants' motion for summary judgment. Plaintiff objected, and the district judge undertook an extensive review. In a detailed memorandum opinion the court concluded that plaintiff's proof failed to create a genuine issue of fact as to one or more of the elements necessary to sustain each of his claims.  Upon a de novo review of the judgment and the __ ____ issues raised in the parties' briefs, we affirm substantially ______ for the reasons stated in the district court's opinion. See ___ Loc. R. 27.1. -2-